UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 07094
    CONRAD H SIBULO
    ELIZABETH M SIBULO                    CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
            Debtor
    SSN XXX-XX-8188     SSN XXX-XX-2012
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/25/04 and confirmed on 04/29/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 29556.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | 9884.61 | .00 | 9884.61 |
| AMERICAN HONDA FINANCE C | SECURED | 8400.00 | 1534.11 | 8400.00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 494.72 | .00 | 75.31 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1320.57 | .00 | 201.03 |
| CAPITAL ONE FINANCIAL | UNSECURED | 302.47 | .00 | 46.04 |
| CREDIT COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NORTH AMERICAN NAT | UNSECURED | 1487.83 | .00 | 226.49 |
| DIRECT MERCHANTS CREDIT | UNSECURED | 12893.40 | .00 | 1962.73 |
| FIRST NORTH AMERICAN NAT | UNSECURED | 874.44 | .00 | 133.11 |
| SMC | FILED LATE | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1250.17 | .00 | 190.31 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 798.20 | .00 | 121.51 |
| KOHLS | UNSECURED | 849.84 | .00 | 129.37 |
| NORDSTROM FSB | UNSECURED | 1005.16 | .00 | 153.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4538.93 | .00 | 690.95 |
| PROVIDIAN NATIONAL BANK | UNSECURED | 1199.65 | .00 | 182.62 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3804.81 | .00 | 579.20 |
| SPORTS MEDICINE ORTHOPED | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ROUNDUP FUNDING LLC | UNSECURED | 2136.54 | .00 | 325.24 |
| ROUNDUP FUNDING LLC | UNSECURED | 502.08 | .00 | 76.43 |
| ROUNDUP FUNDING LLC | UNSECURED | 1321.45 | .00 | 201.16 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1331.79 | .00 | 202.74 |
| RETAILERS NATIONAL BANK | UNSECURED | 25.10 | .00 | 3.82 |
| AMERICAN HONDA FINANCE C | UNSECURED | 4062.60 | .00 | 618.44 |
| CAPITAL ONE FINANCIAL | UNSECURED | 506.20 | .00 | 77.06 |

```
CAPITAL ONE FINANCIAL      UNSECURED         686.34              .00         104.48
     Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  18284.61        .00     41392.29           .00       59676.90
PRINCIPAL PAID      18284.61        .00      6301.05           .00       24585.66
INTEREST PAID        1534.11        .00          .00           .00        1534.11
TOTAL PAID          19818.72        .00      6301.05           .00       26119.77
```

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2700.00
and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $   1236.23 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 10/15/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE